UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOJO DEOGRACIAS EJONGA,<br><br>                   Plaintiff,<br><br>   v.<br><br>STEPHEN SINCLAIR, et al.,<br><br>                   Defendant. | CASE NO. 2:20-00320-RSM-BAT<br><br>**ORDER GRANTING PLAINTIFF AN EXTENSION TO RESPOND TO SUMMARY JUDGMENT** |

The Court GRANTS plaintiff's motion to extend the time to respond to defendant's motion for summary judgment, Dkt. 28, and **ORDERS**:

1. Plaintiff's response to defendants' motion for summary judge shall be filed no later than **November 9, 2020**.

2. Defendant's motion for Summary Judgment, Dkt. 22, is **renoted for November 13, 2020.**

3. The clerk shall provide a copy of the order to the parties.

DATED this 2nd day of November, 2020.

                                                                    _____
                                                                    BRIAN A. TSUCHIDA
                                                                    United States Magistrate Judge