UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOJO DEOGRACIAS EJONGA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STEPHEN SINCLAIR, et al.,<br><br>　　　　　　Defendant. | CASE NO. 2:20-00320-RSM-BAT<br><br>**ORDER GRANTING PLAINTIFF'S MOTIONS DKTS. 32, 33.** |

Defendant filed a motion for summary judgment on September 29, 2020, noting the motion for October 30, 2020. Dkt. 22. On October 22, 2020, plaintiff filed a motion to extend the time to respond to November 9, 2020, and renoting the motion for November 13, 2020. Dkt. 28. On November 12, 2020, plaintiff filed motions to extend the time to file his response to November 12, 2020, for overlength brief, and a response with numerous exhibits. Dkts. 32, 33, 34. The COURT ORDERS:

　　1)　　Plaintiff's motions, Dkts 32, 33 are GRANTED.

　　2)　　Due to the length of plaintiff's response and number of exhibits attached, the Court grants defendant up to an including Wednesday, November 18, 2020, to file a reply to plaintiff's response.

　　3)　　The motion for Summary Judgement shall be renoted for November 20, 2020.

ORDER GRANTING PLAINTIFF's
motions DKTs. 32, 33. - 1

1    4)    The Court will not accept additional pleadings from plaintiff on the motion for
2 summary judgment.
3    5)    The clerk shall provide copies of this order to the parties and to the assigned
4 District Judge.

DATED this 13th day of November, 2020.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PLAINTIFF's
motions DKTs. 32, 33. - 2