UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOJO DEOGRACIAS EJONGA,

                Plaintiff,

  v.

STEPHEN SINCLAIR, et al.,

                Defendant.

CASE NO. 2:20-cv-0320-RSM-BAT

**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO REPLY**

The Court GRANTS defendants' motion, Dkt. 37, and ORDERS:

1. Defendant's reply to plaintiff's response to summary judgment is due no later than November 25, 2020;

2. The Clerk shall renote the motion for summary judgment, Dkt. 22, for November 27, 2020.

3. The Court will not accept additional pleadings from plaintiff on the motion for summary judgment.

4. The Clerk shall provide copies of this order to the parties.

DATED this 17th day of November 2020.

                                            BRIAN A. TSUCHIDA
                                            United States Magistrate Judge

ORDER GRANTING Defendant's motion to extend time to reply - 1