UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOJO DEOGRACIAS EJONGA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN SINCLAIR, *et al.*,<br><br>Defendants. | CASE NO. C20-0320-RSM-BAT<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on pro se Plaintiff Ejonga's Motion for Extension of Time to Submit Objections to the Report and Recommendation. Dkt. #46. On November 25, 2020, the Honorable Brian A. Tsuchida, United States Magistrate Judge, issued a Report and Recommendation ("R & R") recommending granting Defendants' motion for summary judgment and dismissal of Plaintiff's claims. Dkt. #45. Plaintiff requests an extension of the deadline to file Objections from December 9, 2020 to January 14, 2021 due to challenges with accessing the law library during the COVID-19 pandemic and the holidays. Dkt. #46. Defendants do not oppose Plaintiff's motion. Dkt. #47.

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME
PAGE - 1

Accordingly, finding that good cause exists to extend Plaintiff's time to respond, it is hereby ORDERED as follows:

(1) Plaintiff's Motion, Dkt. #46, is GRANTED.  Plaintiff's Objections to the R & R shall be due on or before **January 14, 2021**.  The Clerk should note the matter for **January 18, 2021** as ready for consideration if no objection is filed.

(2) If objections are filed, any response is due within **14 days** after being served with the objections.  A party filing an objection must note the matter for the Court's consideration 14 days from the date the objection is filed and served.  The matter will then be ready for the Court's consideration on the date the response is due.

(3) Objections and responses shall not exceed 15 pages.

(4) Failure to timely object may affect the right to appeal.

DATED this 11th day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE