1
2
3
4
5

6          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
7                     AT SEATTLE

8
| JOJO DEOGRACIAS EJONGA, | CASE NO. C20-0320-RSM-BAT |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING IN PART PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME |
| STEPHEN SINCLAIR, *et al.*, | |
| Defendants. | |

This matter comes before the Court on pro se Plaintiff Ejonga's Motion for Extension of Time to Submit Objections to the Report and Recommendation. Dkt. #49. On November 25, 2020, the Honorable Brian A. Tsuchida, United States Magistrate Judge, issued a Report and Recommendation ("R & R") recommending granting Defendants' motion for summary judgment and dismissal of Plaintiff's claims. Dkt. #45. Plaintiff requested an extension of the deadline to file Objections from December 9, 2020 to January 14, 2021 due to challenges with accessing the law library during the COVID-19 pandemic and the holidays, which this Court granted on December 11, 2020. Dkt. #48.

ORDER GRANTING IN PART PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
PAGE - 1

Plaintiff now requests a second extension of time to file Objections to the R & R. Dkt. #49. Plaintiff asks that his deadline be extended an additional 45 days to March 1, 2021 based on challenges accessing the law library to a COVID-19 outbreak. *Id.* The Government does not oppose a "reasonable extension" of time for Plaintiff to submit Objections. Dkt. #50.

The Court finds good cause to extend Plaintiff's time to respond by **thirty (30)** days. Accordingly, finding that good cause exists to extend Plaintiff's time to respond, it is hereby ORDERED as follows:

(1) Plaintiff's Motion, Dkt. #49, is GRANTED IN PART. Plaintiff's Objections to the R & R shall be due on or before **February 15, 2021**. The Clerk should note the matter for **February 17, 2021** as ready for consideration if no objection is filed.

(2) If objections are filed, any response is due within **14 days** after being served with the objections. A party filing an objection must note the matter for the Court's consideration 14 days from the date the objection is filed and served. The matter will then be ready for the Court's consideration on the date the response is due.

(3) Objections and responses shall not exceed 15 pages.

(4) Failure to timely object may affect the right to appeal.

DATED this 19th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE