UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOJO EJONGA-DEOGRACIAS, | Case No. C20-320-RSM |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| v. | |
| STEPHEN SINCLAIR, *et al.*, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment, Dkt. #80. Plaintiff requests a 30-day extension of deadlines related to Defendants' Motion, currently noted for consideration on December 8, 2023. Defendants have failed to respond. The Court finds good cause for a 30-day extension considering Plaintiff's other legal matters and attempts to secure counsel. Plaintiff's suggested due dates are not consistent with a 30-day extension, and he has failed to demonstrate good cause for an extension greater than 30 days.

Having considered the briefing and the remainder of the record, the Court finds and ORDERS that Plaintiff's Motion, Dkt. #80 is GRANTED. The Court DIRECTS the clerk to re-note Defendants' Motion for Summary Judgment for consideration on January 12, 2024. Plaintiff shall have until January 8, 2024, to file a response brief.

DATED this 27th day of November, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1