UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOJO EJONGA-DEOGRACIAS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>STEPHEN SINCLAIR, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. C20-320-RSM<br><br>ORDER GRANTING MOTION REQUESTING TRIAL SCHEDULE |

This matter comes before the Court on Plaintiff's Motion Requesting Trial Schedule, Dkt. #76. The Court finds good cause to set a new trial date and enter a new scheduling order in this case.

Having considered the briefing and the remainder of the record, the Court finds and ORDERS that Plaintiff's Motion, Dkt. #76, is GRANTED. The Court DIRECTS the clerk to issue a new scheduling order with a trial date and related pre-trial deadlines.

DATED this 5th day of December, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1