UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOJO EJONGA-DEOGRACIAS,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN SINCLAIR, et al.<br><br>Defendants. | CASE NO. C20-0320RSM<br><br>MINUTE ORDER |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

The Court requests from Plaintiff a Response to Defendants' Motion for Reconsideration, Dkt. #87. This Response shall not exceed five (5) pages and may only address the issues raised in the Motion. This Response shall be filed no later than thirty (30) days, by end of day March 31, 2024, after this Minute Order is filed. No Reply is permitted.

DATED this 1st day of March, 2024.

RAVI SUBRAMANIAN, Clerk

By *s/Serge Bodnarchuk*
Deputy Clerk

MINUTE ORDER - 1